LYONS, Judge.
Delivered the resolution of the Court; that there was no error in the judgment of the District Court; and that it was to be affirmed.
Judgment affirmed. *

[* See on tills subject, Jackson, dem. Houseman et al. v. Sebring, (in error) 16 Johns. R. 515-537, and Ld. Paget's Case, 1 Leon. 195, 1 Co. 154 a; Wiseman's Case, 2 Co. 15; Smith v. Risley et al. Cro Car. 529; Sympson v. Keyles, cited T. Ray. 49; Hore v. Dix, 1 Sid. 25; Jackson v. Jackson, Fitzg. 146; Nugent v, Hancock, 22 Vin. Abr. 196, pl. 13; Thorne v. Thorne, 1 Vern. 141; Doe v. Salkeld, Willes’ R. 673; Roe v. Tranmarr, Ibid. 682; Samon v. Jones, 2 Vent. 318; Daw v. Newborough, Comyn’s R. 242; Crossing v. Scudamore, 1 Vent 137, cases there cited and remarked on by Kent, Ch. and the late case of Jackson v. Caldwell, 1 Cowen’s R. 622.]